IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

               Petitioner,

v.

JASON K. VIETH,

               Respondent.

ORDER

16-cv-235-jdp

---

This court set a hearing for November 29, 2016, for respondent Jason K. Vieth to show cause why he should not be held in contempt for his failure to comply with this court's previous orders concerning his failure to provide his tax returns to the IRS. The United States appeared by counsel, Richard Humphrey. Mr. Vieth did not appear.

Mr. Humphrey reported that Mr. Vieth has substantially complied with this court's previous orders: he transmitted all necessary documents to Phoenix Financial; he received his completed tax returns; and he produced copies of the tax returns to revenue officer John Peach. *See* Dkt. 15. But at least some of the tax returns were joint returns with his ex-wife, and his ex-wife had not signed them. Mr. Humphrey reported that Mr. Vieth had said that he will get the returns signed and have the signed returns to Mr. Peach by tomorrow, November 30.

To avoid any doubt, the court will order that Mr. Vieth provide the fully signed returns to Mr. Peach no later than by 4:00 p.m. on Friday, December 2, 2016. If Mr. Vieth fails to comply by this deadline, the court will grant the government's petition to hold Mr. Vieth in civil contempt. Dkt. 9.

Mr. Humphrey should report to the court as soon as Mr. Vieth has provided the returns.

ORDER

IT IS ORDERED that:

1. Respondent Jason K. Vieth will produce the signed tax returns to the revenue officer, John Peach, by 4:00 p.m. on Friday, December 2, 2016.

2. A decision on the government's petition to hold respondent in civil contempt, Dkt. 9, is DEFERRED until Mr. Vieth has complied with this order or the deadline to do so passes.

Entered November 29, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge